IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SMITH,

        Plaintiff,                  No. CIV S-07-0198 WBS DAD P

    vs.

R.N. PURCELL, et al.,

        Defendants.        <u>ORDER</u>

        On January 22, 2007, plaintiff and eleven other pretrial detainees confined in the Solano County Jail filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. On January 31, 2007, this court found that each plaintiff should proceed separately on his own claims. The court granted each plaintiff thirty days leave to file an amended complaint and to pay the $350.00 filing fee or file a properly completed application to proceed in forma pauperis. On February 27, 2007, plaintiff filed a declaration in support of class certification and a notice of motion to alter or amend the judgment. For reasons already explained in this court's January 31, 2007 order, plaintiff must proceed separately on his own claims. In addition, plaintiff is advised that no judgment has been entered in this action.

        Plaintiff has not yet filed an amended complaint and paid the $350.00 filing fee or submitted an application to proceed in forma pauperis. Plaintiff's February 27, 2007 declaration

1

suggests plaintiff wishes to proceed with this action but needs additional time to file an amended complaint. Accordingly, the court will grant plaintiff thirty days from the date of this order to file an amended complaint and to pay the $350.00 filing fee or file an application to proceed in forma pauperis.

Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint and to pay the $350.00 filing fee or file an application to proceed in forma pauperis; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

2. Plaintiff's February 27, 2007 request for appointment of counsel is denied.

DATED: March 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smit0198.36ac