1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY SMITH,

11            Plaintiff,                    No. CIV S-07-0198 WBS DAD P

12       vs.

13   R.N. PURCELL, et al.,

14            Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16            By an order filed January 31, 2007, plaintiff was ordered to file a completed

17   application to proceed in forma pauperis or pay the appropriate filing fee within thirty days.  In

18   addition, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint

19   was granted.  On March 14, 2007, plaintiff was granted an additional thirty days to comply with

20   the court's order.  Plaintiff was cautioned that failure to do so would result in a recommendation

21   that this action be dismissed.  The time period has now expired, and plaintiff has not filed a

22   completed application to proceed in forma pauperis, has not paid the appropriate filing fee, has

23   not filed an amended complaint, and has not otherwise responded to the court's order.

24            IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice.  See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

26   /////

                                              1

1    These findings and recommendations are submitted to the United States District

2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3 days after being served with these findings and recommendations, plaintiff may file written

4 objections with the court.  Such a document should be captioned "Objections to Magistrate

5 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

6 within the specified time may waive the right to appeal the District Court's order.  Martinez v.

7 Ylst, 951 F.2d 1153 (9th Cir. 1991).

8 DATED: April 26, 2007.

9

10

11          DALE A. DROZD
           UNITED STATES MAGISTRATE JUDGE

12 DAD:lg
   smit0198.fifp.fta

13

14

15

16

17

18

19

20

21

22

23

24

25

26